UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: AUGUSTINE PENA, III,<br><br>        Debtor.<br>_____<br>AUGUSTINE PENA, III,<br><br>        Appellant,<br><br>    v.<br><br>TRUDI MANFREDO, CHAPTER 7 TRUSTEE; UNITED STATES TRUSTEE,<br><br>        Appellee. | DISTRICT COURT CASE NO. CIV-F-12-1233 AWI<br><br>BANKRUPTCY COURT CASE NO. 12-13170<br><br>ORDER VACATING HEARING OF MARCH 4, 2012 |

    This appeal was filed on July 27, 2012. Doc. 1. On August 1, 2012, the court received a notice of incomplete or delayed record from the bankruptcy court. Doc. 3. On February 1, 2013, the court set a hearing for March 4, 2013 to consider dismissal for lack of prosecution. Doc. 4. On February 28, 2013, the certificate of complete record on appeal was received. Doc. 7. The appeal is now ready to move forward. The hearing of March 4, 2013 is VACATED.

IT IS SO ORDERED.

Dated:   March 1, 2013

                                               SENIOR DISTRICT JUDGE